SAMUEL ROSEN, Respondent, v. ELLY ROSEN, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.

(December 21, 1970)

In the Matter of THOMAS J. KEENAN.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.